

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00347-CV

Rita **GONZALEZ** as Trustee of RG Family Trust and Ramon Gonzalez,
Appellants

v.

Don A. **JANSSEN** and Debra Janssen,
Appellees

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-09-00215-A-CVK
Honorable Russell Wilson, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and judgment is RENDERED denying the Janssens' amended summary judgment motion, granting the Gonzalezes' summary judgment motion, and declaring that (1) Don A. Janssen's undivided share of the reversionary royalty interest passed to the grantees, Ramon Gonzalez Jr. and Ramon Gonzalez, M.D., P.A. Employees' Pension Plan and Trust, in the September 15, 1988 deeds; and (2) Don A. Janssen holds no royalty interest in any mineral or royalty associated with the September 15, 1988 deeds.

It is ORDERED that Appellants Rita Gonzalez as Trustee of RG Family Trust and Ramon Gonzalez recover their costs on appeal from Appellees Don A. Janssen and Debra Janssen.

SIGNED May 30, 2018.

_Karen Angelini_
Karen Angelini, Justice